**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sandra L McAteer**
   Debtor(s)

Bankruptcy Case No.: 15–23230–CMB

Chapter: 13
Docket No.: 65 – 64
Concil. Conf.: February 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 29, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 14, 2017

                                                    Carlota M. Bohm
                                                  United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23230-CMB
Sandra L McAteer                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2            Date Rcvd: Nov 14, 2017
                              Form ID: 410            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
```
db              +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943
cr              +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                  Suite 100,    Boca Raton, FL 33487-2853
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14131643         AMERICAN EXPRESS TRAVEL RELATED SERVICES,    COMPANY, INC.,    C/O BECKET AND LEE LLP,    POB 3001,
                  MALVERN, PA 19355-0701
14102274        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14102275        +Capital One Boscov,    26525 N Riverwoods Blvd,    Lake Forest, IL 60045-3440
14102278        +DSNB/MACYS,    PO Box 8218,    Mason, OH 45040-8218
14102283         Midland Funding LLC,    Suite 200,    San Diego, CA 92123
14102284        +NCO Financial,    POB 15270,    Wilmington, DE 19850-5270
14102285        +Ocwen Loan Servicing LLC,    PO Box 13716,    Sacramento, CA 95853-3716
14102286        +Office Dep,    PO Box 6497,    Sioux Falls, SD 57117-6497
14172956        +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861,
                  Attn: Dawn Lindner
14102288        +Radio/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14102290        +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14132781         E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 02:01:28     Ally Bank,   PO Box 130424,
                  Roseville, MN 55113-0004
14102273        +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 02:01:28     Ally Financial,
                  PO Box 380901,   Minneapolis, MN 55438-0901
14165294        +E-mail/Text: bncmail@w-legal.com Nov 15 2017 02:02:02     Comenity Capital Bank,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14102276        +E-mail/Text: mrdiscen@discover.com Nov 15 2017 02:01:28     DISCOVER FINANCIAL SVCS LLC,
                  PO BOX 15316,   Wilmington, DE 19850-5316
14102277        +E-mail/Text: bankruptcynotices@dcicollect.com Nov 15 2017 02:02:12
                  DIVERSIFIED CONSULTANTS IN,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-2805
14116285         E-mail/Text: mrdiscen@discover.com Nov 15 2017 02:01:28     Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14163440        +E-mail/Text: kburkley@bernsteinlaw.com Nov 15 2017 02:02:19     Duquesne Light Company,
                  c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14102279        +E-mail/Text: Bankruptcy@FCScollects.com Nov 15 2017 02:02:30     First Collection Svcs,
                  10925 Otter Creek Rd E,   Mabelvale, AR 72103-1661
14102280        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:55     GECRB/ CARE CREDIT,
                  PO Box 981439,   El Paso, TX 79998-1439
14102281        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:55     GECRB/LOWES,   PO Box 965005,
                  Orlando, FL 32896-5005
14102282         E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 02:01:35     Internal Revenue Service,
                  PO Box 628,   Pittsburgh, PA 15230
14126295         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:04:44
                  LVNV Funding, LLC its successors and assigns as,   assignee of Windstream Communications,,
                  Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14102287        +E-mail/PDF: cbp@onemainfinancial.com Nov 15 2017 02:04:54     Onemain,   PO Box 499,
                  Hanover, MD 21076-0499
14125163         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 02:15:43
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14162128         E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2017 02:01:41
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14102289        +E-mail/Text: Supportservices@receivablesperformance.com Nov 15 2017 02:02:21
                  Receivables Performance,   20816 44th Ave W,   Lynnwood, WA 98036-7744
                                                                                              TOTAL: 16
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. Bank National Association et. al
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dsaw              Page 2 of 2            Date Rcvd: Nov 14, 2017
                              Form ID: 410            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
            James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association et. al
             bkgroup@kmllawgroup.com
            Lawrence W. Willis     on behalf of Debtor Sandra L McAteer help@urfreshstrt.com,
             urfreshstrt@gmail.com
            Mario J. Hanyon     on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Peter W. Wapner     on behalf of Creditor    Ocwen Loan Servicing, LLC
             peter.wapner@phelanhallinan.com
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
            S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
            William E. Miller     on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,
             bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```