# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** SANDRA L MCATEER
- **Case Number:** 15-23230-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 01, 2018  09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/1/18 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#64 - Trustee's Certificate of Default to Dismiss

#68 Amended Plan Dated 11/16/2017 (FC)
[Amended Plan appears Unserved]
R / M #: 64 / 0

**Appearances:**
- Debtor: Willis
- Trustee: Winnecour / Pail / Katz
- Creditor:

*Issue w/ wage attachment. Employer not remitting correct Amt for ~ 8 or 9 months.*

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ____ Plan/Motion continued to ____ at ____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ✓ Contested Hearing: 3/21/18 at 10:00 AM.
10. ____ Other:

*Trustee objection to modification of plan to reduce unsecured creditors POT from $3360 to $0. As indicated, reduction results from Debtor's failure to ensure full plan pymts remitted during extended period (8-9 months). No other change indicated to justify reduction.*

1/25/2018  9:07:33AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23230-CMB
Sandra L McAteer                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 1            Date Rcvd: Feb 01, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db             +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   U.S. Bank National Association et. al bkgroup@kmllawgroup.com
      Lawrence W. Willis    on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
      Mario J. Hanyon    on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Peter W. Wapner    on behalf of Creditor   Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      William E. Miller    on behalf of Creditor   Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                   TOTAL: 9