# PROCEEDING MEMO

Date: 03/21/2018 10:00 am

In re: Sandra L McAteer

Bankruptcy No. 15-23230-CMB
Chapter: 13
Doc. # 66 & 71

**Appearances:**

**Movant(s):** Winnecour / ~~Pail / Katz~~

**Respondent(s):** Lawrence W. Willis, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:** #71 Contested Plan hearing re Plan Dated 11/16/17

**Additional Pleadings:** #66 Amended Plan
#64 Trustee's Certificate of Default Requesting Dismissal of Case

**Judge's Notes:** Per the trustee, current plan proposes 0% to unsecured creditors with no reason for the decrease. Per Debtor's counsel, the original plan had an unsecured distribution because of $1,000 in disposable income, however, there was a mortgage payment change and Debtor filed a notice of modification and had to reduce unsecured pool to zero. Debtor's counsel failed to amend the wage attachment, though. But, debtor's counsel did amend the plan and the new plan should cover the arrears.

**Outcome:**

____Motion is GRANTED____Order Entered
____Motion is DENIED____Order entered
____Motion WITHDRAWN
____Motion is DISMISSED____Order entered
____Reschedule for Proper Service
____Case DISMISSED____Order entered
____Parties to submit Order/Settlement/Stipulation by____days
____CONTINUED MATTER: ____for at least____days (Court to Issue Order)
____ISSUE EVIDENTIARY HEARING NOTCE
____Discovery time needed____days
____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Court ordered that conciliation be rescheduled and Debtor's counsel to amend Schedule I and J within 15 days. Conciliation scheduled for May 24, 2018 at 10:00 a.m.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
MAR 21 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra L McAteer  
    Debtor

Case No. 15-23230-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw                   Page 1 of 1     Date Rcvd: Mar 22, 2018
                        Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db             +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association et. al bkgroup@kmllawgroup.com
      Lawrence W. Willis    on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
      Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Peter W. Wapner    on behalf of Creditor    Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      William E. Miller    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                                       TOTAL: 9