IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Sandra L. McAteer, | Case No.  15-23230-CMB |
| Debtor(s). | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Ocwen Loan Servicing, LLC ("Creditor"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or

otherwise which affect to seek to affect in any way of the Creditor's rights or interests, with respect to Debtors or the property on which Creditor holds a first mortgage lien.

| | |
|---|---|
| Dated: April 20, 2018 | Respectfully submitted, |
| | */s/ Brett L. Messinger* |
| | Brett L. Messinger, Esq. |
| | Duane Morris LLP |
| | 30 South 17th Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 979-1000 |
| | Facsimile: (215) 979-1020 |
| | Email: BLMessinger@duanemorris.com |
| | |
| | *Attorneys for Ocwen Loan Servicing, LLC* |