**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SANDRA L MCATEER | Case No. 15-23230CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>OCWEN LOAN SERVICING LLC(*) | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to BSI FINANCIAL SERVICES. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
TRUSTEE HAS BEEN INFORMED BY RUSHMORE THAT LOAN HAS BEEN TRANSFERED FROM OCWEN TO RUSHMORE AND THEN FROM RUSHMORE TO BSI. NO CLAIM HAS BEEN FILED FOR THE DEBT. DOCUMENTATION IS NEEDED FOR EACH TRANSFER.

| | |
|---|---|
| OCWEN LOAN SERVICING LLC(*)<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Court claim# /Trustee CID# 3 |

The Movant further certifies that on 05/09/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
SANDRA L MCATEER, 781 ILLINI DRIVE, MONROEVILLE, PA  15146

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 400, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
OCWEN LOAN SERVICING LLC(*), ATTN CASHIERING DEPT, 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL  33409-6493

ORIGINAL CREDITOR'S COUNSEL:
ALDRIDGE PITE LLP, 4375 JUTLAND DR STE 200, PO BOX 17933, SAN DIEGO, CA  92177-0933

:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
BSI FINANCIAL SERVICES
LOCKBOX NUMBER 679002
1200 E CAMPBELL RD STE 108
RICHARDSON TX 75081