# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | SANDRA L MCATEER |
| **Case Number:** | 15-23230-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/24/18 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#64 - Continued Trustee's Certificate of Default to Dismiss

#66 - Continued Confirmation of Plan Dated 11/16/2017
R / M #:  66 / 0

### *Appearances:*

Debtor: Willis
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to June 21, 2018 at 10:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: