# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** SANDRA L MCATEER
**Case Number:** 15-23230-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 21, 2018 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/22/18 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#64 - Continued Trustee's Certificate of Default to Dismiss

#66 - Continued Confirmation of Plan Dated 11/16/2017 (FC)
R / M #:  64 / 0

### Appearances:

Debtor: Willis
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: July 18 2018 at 10:03.
10. _____ Other:

Debtor is seeking to reduce from 22% to unsecured creditors to 0%, in order to cure default.

6/12/2018   11:33:46AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-23230-CMB
Sandra L McAteer                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel              Page 1 of 1              Date Rcvd: Jun 22, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db             +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Brett L. Messinger    on behalf of Creditor   Ocwen Loan Servicing, LLC
               blmessinger@duanemorris.com, LMTryon@duanemorris.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association et. al
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Mario J. Hanyon    on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter W. Wapner    on behalf of Creditor   Ocwen Loan Servicing, LLC
               peter.wapner@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Miller    on behalf of Creditor   Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 10