# PROCEEDING MEMO

**Date:** 07/18/2018 10:00 am

**In re:** Sandra L McAteer

**Bankruptcy No.** 15-23230-CMB
**Chapter:** 13
**Doc. #** 81

**Appearances:**

**Movant(s):** ~~Winnecour /~~ Pail / ~~Katz / DeSimone~~

**Respondent(s):** Lawrence W. Willis, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:** # 81 Contested Plan hearing re Plan dated 11/16/2017

**Additional Pleadings:**
#64 Trustee' Certificate of Default Requesting Dismissal
#66 Amended Plan dated 11/16/2017
#71 Conciliation Conference Minutes
#80 Conciliation Conference Minutes
#81 Concilation Conference Minutes

**Judge's Notes:** Per Trustee's counsel, this case fell into default and default is over $4000. There was no hardship for underlying default; trustee sought to increase payment to make up for shortfall, but that issue is moot because there is a late filed mortgage POC. To fund the arrears, the payment would have to go to $1900 per month. That is likely not feasible. Debtor's counsel needs to either object to late claim or dismiss and start over. Per Debtor's counsel, he is going to try to resolve objection to claim as there was a prior loan modification.

Cont'd to Oct. 10, 2018 at 10:00 a.m.

**Outcome:**
___Motion is GRANTED___Order Entered
___Motion is DENIED___Order entered
___Motion WITHDRAWN
___Motion is DISMISSED___Order entered
___Reschedule for Proper Service
___Case DISMISSED___Order entered
___Parties to submit Order/Settlement/Stipulation by___days
___CONTINUED MATTER: ___for at least___days (Court to Issue Order)
___ISSUE EVIDENTIARY HEARING NOTCE
___Discovery time needed___days
___Briefs to be filed:    Movant(s) brief due___days
                          Respondent(s) brief due___days
                          Trustee's brief due___days

**FILED**
JUL 18 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra L McAteer  
      Debtor

Case No. 15-23230-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jul 19, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db         +Sandra L McAteer,   781 Illini Drive,   Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:

        Brett L. Messinger   on behalf of Creditor   Ocwen Loan Servicing, LLC  
         blmessinger@duanemorris.com, LMTryon@duanemorris.com  
        James Warmbrodt   on behalf of Creditor   U.S. Bank National Association et. al  
         bkgroup@kmllawgroup.com  
        Lawrence W. Willis   on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com,  
         urfreshstrt@gmail.com  
        Mario J. Hanyon   on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Peter W. Wapner   on behalf of Creditor   Ocwen Loan Servicing, LLC  
         peter.wapner@phelanhallinan.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        William E. Miller   on behalf of Creditor   Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  
         bkecf@sterneisenberg.com  
                                                                                                      TOTAL: 10