## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 15-23230-CMB |
| | : | |
| **Sandra L. McAteer,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ | : | |
| **Sandra L. McAteer,** | : | |
| | : | **Related to Document No. 85** |
| Movant | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | **September 19, 2018 at 10 :00 AM** |
| | : | |
| **US Bank Trust National Association,** | : | |
| | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire (Trustee),** | : | |
| Additional Respondent | : | |
| _____ | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO PROOF OF CLAIM NUMBER 10-1 FILED BY US BANK TRUST NATIONAL ASSOCIATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **August 23, 2018,** i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at **www.pawb.uscourts.gov** to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A hearing will be held on **September 19, 2018 at 10:00 a.m.** before Judge Bohm in Court Room B, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: July 23, 2018

                                          Attorney for Movant/Applicant:

                                          By: /s/ Lawrence Willis Esquire
                                          Lawrence W Willis, Esquire
                                          PA I.D. # 85299
                                          Willis & Associates
                                          201 Penn Center Blvd
                                          Pittsburgh, PA 15235
                                          Tel: 412.825.5170
                                          Fax: 412.823.2375
                                          lawrencew@urfreshstrt.com
                                          **Attorney for Debtors**