# PROCEEDING MEMO

Date: 09/19/2018 10:00 am

In re: Sandra L McAteer

Bankruptcy No. 15-23230-CMB
Chapter: 13
Doc. # 85

**Appearances:**

**Movant(s):**   Lawrence W. Willis, Esq. for Debtor

**Respondent(s):**   ~~Winnecourt / Rail / Katz~~ / DeSimone

**Creditor(s):**   Carr

**Nature of Proceeding:** # 85 Objection to Claim #10 of US Bank Trust National Association

**Additional Pleadings:** #86 Notice of Hearing
  #87 US Bank Trust's Response

**Judge's Notes:**    Counsel agrees to continue.
  Cont'd to 11/29 at 10am.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
  Respondent(s) brief due____days
  Trustee's brief due____days

FILED
9/19/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sandra L McAteer
      Debtor

Case No. 15-23230-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Sep 19, 2018
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db            +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
            Allison L. Carr     on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
            Brett L. Messinger     on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com,    LMTryon@duanemorris.com
            James Warmbrodt     on behalf of Creditor    U.S. Bank National Association et. al bkgroup@kmllawgroup.com
            Lawrence W. Willis     on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
            Mario J. Hanyon     on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Peter W. Wapner     on behalf of Creditor    Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
            S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
            William E. Miller     on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                          TOTAL: 11