UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 15-23230-CMB |
| SANDRA L. McATEER, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| U.S. BANK TRUST ) | |
| NATIONAL ASSOCIATION, ) | Related to Claim No. 10-1 |
| AS TRUSTEE OF THE IGSC ) | |
| SERIES III TRUST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDRA L. McATEER and ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

**WITHDRAWAL OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGSC SERIES III TRUST'S PROOF OF CLAIM FILED AT CLAIM NO. 10-1**

The Movant, U.S. Bank Trust National Association, as Trustee of the IGSC Series III Trust (hereinafter referred to as "Movant") gives notice to the Court and to all parties in interest that Movant is withdrawing the Proof of Claim filed on June 15, 2018 at Claim No. 10-1 (the "Claim"). As a consequence of the withdrawal of the Claim, the hearing scheduled for November 29, 2018 at 10:00 a.m., before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 is cancelled.

Respectfully Submitted,

Date of service: October 9, 2018         TUCKER ARENSBERG, P.C.

*/s/ Allison L. Carr*
Allison L. Carr, Esq. (Pa. I. D. 203815)
1500 One PPG Place
Pittsburgh, PA  15222
(412) 566-1212
acarr@tuckerlaw.com

TADMS:5033816-1 032787-184574