# PROCEEDING MEMO

**Date:** 10/10/2018 10:00 am

**In re:** Sandra L McAteer

Bankruptcy No. 15-23230-CMB
Chapter: 13
Doc. # 81

**Appearances:**

**Movant(s):** ~~Winnecour / Rall / Katz~~ / DeSimone

**Respondent(s):** Lawrence W. Willis, Esq. for Debtor

**Creditor(s):** O'Donnell

**Nature of Proceeding:** # 81 Continued Contested Plan hearing re Plan dated 11/16/2017

**Additional Pleadings:**
#64 Trustee' Certificate of Default Requesting Dismissal
#66 Amended Plan dated 11/16/2017
#71 Conciliation Conference Minutes
#80 Conciliation Conference Minutes
#81 Concilation Conference Minutes

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Willis: claim filed beyond claims bar date.
O'Donnell: withdrew claim yesterday.
Pending objection to claim is moot.
Willis: seeks order confirming plan.
DeSimone: would like to bring back for conciliation.
Conciliation on 11/15 at 11am.
Willis to withdraw the objection to claim which is now moot.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
10/10/18 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-23230-CMB
Sandra L McAteer                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: Oct 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
db            +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
     Allison L. Carr    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com,  agilbert@tuckerlaw.com
     Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association et. al bkgroup@kmllawgroup.com
     Lawrence W. Willis    on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
     Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Peter W. Wapner    on behalf of Creditor    Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
     William E. Miller    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                          TOTAL: 11