IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-23230-CMB |
| Sandra L. McAteer, | : | Chapter 13 |
| Debtor | : | |
| Sandra L. McAteer, | : | |
| | : | Related to Document No. 85 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | |
| US Bank Trust National Association, | : | |
| Respondent | : | |
| and | : | |
| Ronda J. Winnecour, Esquire (Trustee), | : | |
| Additional Respondent | : | |

## ORDER

AND NOW, this __12th__ day of __October__, 2018, upon consideration of the Motion to Withdraw Objection to Proof of Claim Number 10-1 filed by US Bank Trust National Association as Untimely, it is hereby ORDERED and DECREED as follows:

1.  The Objection to Proof of Claim 10-1 is withdrawn.

BY THE COURT:

_Carlota M. Bohm_  dms
Chief Carlota M. Bohm,
United States Bankruptcy Judge

FILED
10/12/18 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sandra L McAteer
     Debtor

Case No. 15-23230-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Oct 12, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
db            +Sandra L McAteer,    781 Illini Drive,    Monroeville, PA 15146-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
          Allison L. Carr     on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
          Brett L. Messinger     on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com
          James Warmbrodt     on behalf of Creditor    U.S. Bank National Association et. al bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
          Mario J. Hanyon     on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter W. Wapner     on behalf of Creditor    Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Miller     on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                             TOTAL: 11