**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-23230-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Sandra L McAteer
781 Illini Drive
Monroeville PA 15146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/12/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Ocwen Loan Servicing LLC, PO Box 13716, Sacramento, CA 95853 | US Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway dr., ste 400<br>Irving TX 75038 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/14/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra L McAteer  
    Debtor

Case No. 15-23230-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 1      Date Rcvd: Oct 12, 2018  
                           Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
14102285       +Ocwen Loan Servicing LLC,   PO Box 13716,   Sacramento, CA 95853-3716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
      Allison L. Carr   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
      Brett L. Messinger   on behalf of Creditor   Ocwen Loan Servicing, LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com  
      James Warmbrodt   on behalf of Creditor   U.S. Bank National Association et. al bkgroup@kmllawgroup.com  
      Lawrence W. Willis   on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
      Mario J. Hanyon   on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Peter W. Wapner   on behalf of Creditor   Ocwen Loan Servicing, LLC peter.wapner@phelanhallinan.com  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      William E. Miller   on behalf of Creditor   Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                               TOTAL: 11