**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/17/2020

IN RE:

SANDRA L MCATEER
781 ILLINI DRIVE
MONROEVILLE, PA 15146
XXX-XX-7390          Debtor(s)

Case No.15-23230 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/17/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 617.42 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7390 |
| **S JAMES WALLACE ESQ** <br> 845 NORTH LINCOLN AVE <br> PITTSBURGH, PA 15233 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES GAS/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III** <br> C/O BSI FINANCIAL SERVICES <br> PO BOX 679002 <br> DALLAS, TX 75267-9002 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: NC <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL-PL\*DKT4LMT\*BGN 10/15\*FR OCWEN-DOC 94\*REF CL10 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 2448 |
| **ALLY BANK(\*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 1,779.13 <br> COMMENT: ALLY FNCL/SCH\*DFNCY BAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4096 |
| **AMERICAN EXPRESS TRAVEL RELATED SVCS** <br> C/O BECKET & LEE LLP <br> POB 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 2,086.00 <br> COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2001 |
| **AMERICAN INFOSOURCE LP** <br> POB 248872 <br> OKLAHOMA CITY, OK 73124-8872 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **BARCLAYS BANK DELAWARE** <br> 125 S WEST ST <br> WILMINGTON, DE 19801 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **CAPITAL ONE(\*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: BOSCOVS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,707.65 <br> COMMENT: NO ACNT NUM/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2885 |
| **DIVERSIFIED CONSULTANTS** <br> POB 551268 <br> JACKSONVILLE, FL 32255 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACY'S**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4 |
| **FIRST COLLECTION SVC**<br>10925 OTTER CREEK RD<br>MABEL VALE, AR  72103 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CARE CREDIT**<br>950 FORRER BLVD<br>KETTERING, OH  45420 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GECRB/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,239.37<br>COMMENT: GECRB/LOWE'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1074 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7390 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **OFFICE DEPOT CREDIT PLAN++**<br>DEPARTMENT 56-8404708463<br>POB 689020<br>DES MOINES, IA  50368 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ONE MAIN BANK(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONFIRM PAYEE~ONE MAIN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **RADIO CBNA**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RECEIVABLES PERFORMANCE MANAGEMENT**<br>20816 44TH AVE W<br>LYNNWOOD, WA 98036 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 4,032.23<br>COMMENT: NTO ACCT/SCH*TARGET/TD BK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5026 |
| **WEINSTEIN PINSON & RILEY PS**<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 131.98<br>COMMENT: NT/SCH*WINDSTREAM*CHARGE OFF: 3/1/13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7338 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 371.66<br>COMMENT: NT/SCH*PAYPAL*FR COMENITY-DOC 101 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6270 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,865.41<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7133 |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III**<br>C/O BSI FINANCIAL SERVICES<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: NC | CLAIM: 0.00<br>COMMENT: DSALLWD/DOE*NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/3*FR OCWEN-D( | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2448 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: RUSHMORE LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRETT MESSINGER ESQ**<br>DUANE MORRIS LLP<br>30 SOUTH 17TH ST<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: OCWEN LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **BSI FINANCIAL SERVICES INC\*\*** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1425 GREENWAY DR STE 400 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| IRVING, TX  75038 | COMMENT: /PRAE | |
| | | |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O BSI FINANCIAL SERVICES | Court Claim Number:NC | ACCOUNT NO.: 2448 |
| PO BOX 679002 | CLAIM: 0.00 | |
| DALLAS, TX  75267-9002 | COMMENT: $0ARRS/PL\*THRU 9/16\*FR OCWEN-DOC 94\*REF CL10 | |
| | | |
| **US BANK TRUST NA - TRUSTEE SCIG SERIES III** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYME |
| C/O BSI FINANCIAL SERVICES | Court Claim Number:10 | ACCOUNT NO.: 2448 |
| PO BOX 679002 | CLAIM: 0.00 | |
| DALLAS, TX  75267-9002 | COMMENT: CL@89697.61 W/DRAWN DOC 90\*DK | |