### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | Case No. 15-23230-CMB | |
| | : | | |
| Sandra L. McAteer, | : | Chapter 13 | |
| | : | | |
| Debtor | : | | |
| | : | | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated October 15, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated October 13, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated October 16, 2020
                                            /s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Sandra L. McAteer
781 Illini Drive
Monroeville, PA 15146

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue,
Suite 970
Pittsburgh, PA 15222

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Capital One Boscov
26525 N Riverwoods Blvd
Lake Forest, IL 60045-3440

Comenity Capital Bank
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

DISCOVER FINANCIAL SVCS LLC
PO BOX 15316
Wilmington, DE 19850-5316

DIVERSIFIED CONSULTANTS IN
10550 Deerwood Park Blvd
Jacksonville, FL 32256-2805

DSNB/MACYS
PO Box 8218
Mason, OH 45040-8218

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Duquesne Light Company c/o
Peter J. Ashcroft, Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200,
Gulf Tower
Pittsburgh, PA 15219-1945

First Collection Svcs
10925 Otter Creek Rd E
Mabelvale, AR 72103-1661

GECRB/ CARE CREDIT
PO Box 981439
El Paso, TX 79998-1439

GECRB/LOWES
PO Box 965005
Orlando, FL 32896-5005

Internal Revenue Service
PO Box 628
Pittsburgh, PA 15230

LVNV Funding, LLC its successors and
assigns assignee of Windstream
Communications, Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
Suite 200
San Diego, CA 92123

NCO Financial
POB 15270
Wilmington, DE 19850-5270

Ocwen Loan Servicing LLC
PO Box 13716
Sacramento, CA 95853-3716

Office Dep
PO Box 6497
Sioux Falls, SD 57117-6497

Onemain
PO Box 499
Hanover, MD 21076-0499

Peoples Natural Gas Company LLC
225 North Shore Drive
Pittsburgh, PA 15212-5861
Attn: Dawn Lindner

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for MOMA
Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Radio/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Receivables Performance
20816 44th Ave W
Lynnwood, WA 98036-7744

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440-0673