Certificate Number: 05781-PAW-DE-035062280

Bankruptcy Case Number: 15-23230



05781-PAW-DE-035062280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2020, at 7:21 o'clock PM PST, Sandra Mcateer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 6, 2020               By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President