IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Sandra L. McAteer<br><br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    vs.<br>Sandra L. McAteer<br><br>    Respondent(s) | Case No. 15-23230-CMB<br>Chapter 13<br><br>Doc #_____ |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **March 22, 2022, at 10:00 a.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf**. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 24, 2022.**

| | |
|---|---|
| <u>2/4/22</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:             Case No. 15-23230-CMB

Sandra L McAteer          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3

Date Rcvd: Feb 04, 2022      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra L McAteer, 781 Illini Drive, Monroeville, PA 15146-1943 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, BSI Financial Services, 323 5th Street, Eureka, CA 95501-0305 |
| 15447531 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as Servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14102283 | | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14102285 | + | Ocwen Loan Servicing LLC, PO Box 13716, Sacramento, CA 95853-3716 |
| 14172956 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5861, Attn: Dawn Lindner |
| 14102290 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14864612 | + | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway dr., ste 400, Irving TX 75038-2480 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Feb 04 2022 23:10:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 04 2022 23:10:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14131643 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 23:14:06 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, COMPANY, INC., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14132781 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2022 23:10:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14102273 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2022 23:10:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14102274 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2022 23:10:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14102275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 23:14:01 | Capital One Boscov, 26525 N Riverwoods Blvd, Lake Forest, IL 60045-3438 |
| 14165294 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2022 23:10:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14102276 | + | Email/Text: mrdiscen@discover.com | Feb 04 2022 23:10:00 | DISCOVER FINANCIAL SVCS LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14102277 | + | Email/Text: bankruptcynotices@dcicollect.com | Feb 04 2022 23:10:00 | DIVERSIFIED CONSULTANTS IN, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |

Case 15-23230-CMB   Doc 140   Filed 02/06/22   Entered 02/07/22 00:19:34   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14102278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 23:14:04 | DSNB/MACYS, PO Box 8218, Mason, OH 45040 |
| 14116285 | | Email/Text: mrdiscen@discover.com | Feb 04 2022 23:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14163440 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2022 23:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14102279 | + | Email/Text: Bankruptcy@FCScollects.com | Feb 04 2022 23:10:00 | First Collection Svcs, 10925 Otter Creek Rd E, Mabelvale, AR 72103-1661 |
| 14102280 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 23:14:06 | GECRB/ CARE CREDIT, PO Box 981439, El Paso, TX 79998-1439 |
| 14102281 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 23:14:01 | GECRB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14102282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2022 23:10:00 | Internal Revenue Service, PO Box 628, Pittsburgh, PA 15230 |
| 14126295 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 23:14:04 | LVNV Funding, LLC its successors and assigns as, assignee of Windstream Communications,, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102284 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 04 2022 23:10:00 | NCO Financial, POB 15270, Wilmington, DE 19850-5270 |
| 14102286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 23:14:04 | Office Dep, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14102287 | + | Email/PDF: cbp@onemainfinancial.com | Feb 04 2022 23:14:03 | Onemain, PO Box 499, Hanover, MD 21076-0499 |
| 14125163 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2022 23:14:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14162128 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2022 23:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2022 23:14:04 | Radio/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14102289 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 04 2022 23:10:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 14952547 | + | Email/Text: bncmail@w-legal.com | Feb 04 2022 23:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association et. al |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Feb 04, 2022 Form ID: pdf900 Total Noticed: 37

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com |
| Brett L. Messinger | on behalf of Creditor Ocwen Loan Servicing LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association et. al bnicholas@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lawrence W. Willis | on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Peter W. Wapner | on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Miller | on behalf of Creditor Ocwen Loan Servicing LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 13