Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Sandra L McAteer** | : | Case No. 15−23230−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 25th of February, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-23230-CMB

Sandra L McAteer     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Feb 25, 2022    Form ID: 309    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra L McAteer, 781 Illini Drive, Monroeville, PA 15146-1943 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, BSI Financial Services, 323 5th Street, Eureka, CA 95501-0305 |
| 15447531 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as Servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14102283 | | Midland Funding LLC, Suite 200, San Diego, CA 92123 |
| 14102285 | + | Ocwen Loan Servicing LLC, PO Box 13716, Sacramento, CA 95853-3716 |
| 14172956 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5861, Attn: Dawn Lindner |
| 14864612 | + | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway dr., ste 400, Irving TX 75038-2480 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Feb 25 2022 23:29:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2022 23:30:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14131643 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2022 23:37:10 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, COMPANY, INC., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14132781 | | EDI: GMACFS.COM | Feb 26 2022 04:33:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14102273 | + | EDI: GMACFS.COM | Feb 26 2022 04:33:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14102274 | + | EDI: TSYS2 | Feb 26 2022 04:33:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14102275 | + | EDI: CAPITALONE.COM | Feb 26 2022 04:38:00 | Capital One Boscov, 26525 N Riverwoods Blvd, Lake Forest, IL 60045-3438 |
| 14165294 | + | EDI: WFNNB.COM | Feb 26 2022 04:38:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14102276 | + | EDI: DISCOVER.COM | Feb 26 2022 04:38:00 | DISCOVER FINANCIAL SVCS LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14102277 | + | EDI: DCI.COM | Feb 26 2022 04:38:00 | DIVERSIFIED CONSULTANTS IN, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14102278 | + | EDI: CITICORP.COM | Feb 26 2022 04:38:00 | DSNB/MACYS, PO Box 8218, Mason, OH 45040 |

Case 15-23230-CMB   Doc 143   Filed 02/27/22   Entered 02/28/22 00:24:10   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: 309 | Total Noticed: 37 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14116285 | EDI: DISCOVER.COM | Feb 26 2022 04:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14163440 | + Email/Text: kburkley@bernsteinlaw.com | Feb 25 2022 23:30:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14102279 | + Email/Text: Bankruptcy@FCScollects.com | Feb 25 2022 23:30:00 | First Collection Svcs, 10925 Otter Creek Rd E, Mabelvale, AR 72103-1661 |
| 14102280 | + EDI: RMSC.COM | Feb 26 2022 04:38:00 | GECRB/ CARE CREDIT, PO Box 981439, El Paso, TX 79998-1439 |
| 14102281 | + EDI: RMSC.COM | Feb 26 2022 04:38:00 | GECRB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 14102282 | EDI: IRS.COM | Feb 26 2022 04:38:00 | Internal Revenue Service, PO Box 628, Pittsburgh, PA 15230 |
| 14126295 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2022 23:37:08 | LVNV Funding, LLC its successors and assigns as, assignee of Windstream Communications,, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102284 | + Email/Text: bankruptcydepartment@tsico.com | Feb 25 2022 23:30:00 | NCO Financial, POB 15270, Wilmington, DE 19850-5270 |
| 14102286 | + EDI: CITICORP.COM | Feb 26 2022 04:38:00 | Office Dep, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14102287 | + EDI: AGFINANCE.COM | Feb 26 2022 04:33:00 | Onemain, PO Box 499, Hanover, MD 21076-0499 |
| 14125163 | EDI: PRA.COM | Feb 26 2022 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14162128 | EDI: Q3G.COM | Feb 26 2022 04:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102288 | + EDI: CITICORP.COM | Feb 26 2022 04:38:00 | Radio/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14102289 | + Email/Text: Supportservices@receivablesperformance.com | Feb 25 2022 23:30:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 14952547 | + Email/Text: bncmail@w-legal.com | Feb 25 2022 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14102290 | + EDI: WTRRNBANK.COM | Feb 26 2022 04:38:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association et. al |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 25, 2022 | Form ID: 309 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022                      Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Allison L. Carr
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust acarr@tuckerlaw.com

Brett L. Messinger
on behalf of Creditor Ocwen Loan Servicing LLC blmessinger@duanemorris.com, LMTryon@duanemorris.com

Brian Nicholas
on behalf of Creditor U.S. Bank National Association et. al bnicholas@kmllawgroup.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lawrence W. Willis
on behalf of Debtor Sandra L McAteer ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Miller
on behalf of Creditor Ocwen Loan Servicing LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 13