**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SANDRA L MCATEER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:15-23230<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/04/2015 and confirmed on 03/11/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 81,884.58 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,879.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,000.00 | |
|    Trustee Fee | 3,614.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,614.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE SCIG SEF<br>Acct: 2448 | 0.00 | 73,264.78 | 0.00 | 73,264.78 |
| US BANK TRUST NA - TRUSTEE SCIG SEF<br>Acct: 2448 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE SCIG SEF<br>Acct: 2448 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 73,264.78 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANDRA L MCATEER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANDRA L MCATEER<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-16 | | | | |
| WILLIS & ASSOCIATES | 1,500.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3/20 | | | | |
| US BANK TRUST NA - TRUSTEE SCIG SEF | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2448 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 617.42 | 0.00 | 0.00 | 0.00 |
|   Acct: 7390 | | | | |
| ALLY BANK(*) | 1,779.13 | 0.00 | 0.00 | 0.00 |
|   Acct: 4096 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED S | 2,086.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2001 | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DISCOVER BANK(*) | 1,707.65 | 0.00 | 0.00 | 0.00 |
|   Acct: 2885 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4 | | | | |
| FIRST COLLECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 3,239.37 | 0.00 | 0.00 | 0.00 |
|   Acct: 1074 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| OFFICE DEPOT CREDIT PLAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ONE MAIN BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RADIO CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 4,032.23 | 0.00 | 0.00 | 0.00 |
|   Acct: 5026 | | | | |
| WEINSTEIN PINSON & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 131.98 | 0.00 | 0.00 | 0.00 |
|   Acct: 7338 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 371.66 | 0.00 | 0.00 | 0.00 |
|   Acct: 6270 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,865.41 | 0.00 | 0.00 | 0.00 |
|   Acct: 7133 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-23230 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    BRIAN C NICHOLAS ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |
|    BRETT MESSINGER ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |
|    BSI FINANCIAL SERVICES INC** | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |
|    INTERNAL REVENUE SERVICE* | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7390 | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 73,264.78 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 0.00 | |
|   UNSECURED | 15,830.85 | |

Date: 04/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com